1  WRIGHT, FINLAY & ZAK, LLP
   Darren T. Brenner, Esq.
2  Nevada Bar No. 8386
   Lindsay D. Robbins, Esq.
3  Nevada Bar No. 13474
4  7785 W. Sahara Ave., Suite 200
   Las Vegas, NV 89117
5  (702) 475-7964; Fax: (702) 946-1345
6  lrobbins@wrightlegal.net
   *Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Indenture Trustee for*
7  *American Home Mortgage Investment Trust 2007-1*

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10

11 | DEUTSCHE BANK NATIONAL TRUST | Case No.:  3:20-cv-00535-MMD-CLB |
   COMPANY, AS INDENTURE TRUSTEE
12 FOR AMERICAN HOME MORTGAGE
   INVESTMENT TRUST 2007-1,
13                                          **STIPULATION AND ORDER TO**
14              Plaintiff,                  **EXTEND TIME PERIOD TO RESPOND**
                                            **TO MOTIONS TO DISMISS [ECF Nos.**
15     vs.                                  **12 & 13]**

16 OLD REPUBLIC TITLE INSURANCE          **[First Request]**
   GROUP, INC.; OLD REPUBLIC NATIONAL
17 TITLE INSURANCE COMPANY;
   FOUNDERS TITLE COMPANY OF
18 NEVADA; DOE INDIVIDUALS I through X;
   and ROE CORPORATIONS XI through XX,
19 inclusive,

20              Defendants.

21

22        COMES NOW Plaintiff Deutsche Bank National Trust Company, as Indenture Trustee

23 for American Home Mortgage Investment Trust 2007-1 ("Deutsche Bank"); Defendant Old

24 Republic National Title Insurance Company ("ORNTIC") and Specially-Appearing Defendant

25 Old Republic Title Insurance Group, Inc. ("ORTIG") (collectively, the "Parties"), by and

26 through their counsel of record, hereby stipulate and agree as follows:

27     1.  On September 10, 2020, Deutsche Bank filed its Complaint in Second Judicial

28         District Court, Case No. CV20-01413 [ECF No. 1-1];

2. On September 22, 2020, ORNTIC filed a Petition for Removal to this Court [ECF No. 1];

3. On October 30, 2020, ORTIG filed a Motion to Dismiss [ECF No. 12];

4. On November 3, 2020, ORNTIC also filed a Motion to Dismiss [ECF No. 13]

5. Deutsche Bank's deadline to respond to ORTIG's Motion to Dismiss is currently November 13, 2020;

6. Deutsche Bank's deadline to respond to ORNTIC's Motion to Dismiss is currently November 17, 2020;

7. Deutsche Bank's counsel is requesting an extension until Tuesday, December 1, 2020, to file its responses to the pending Motions to Dismiss;

8. This extension is requested to allow counsel for Deutsche Bank additional time to review and respond to the points and authorities cited to in the pending Motions;

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

9.  Counsel for ORTIG and ORNTIC does not oppose the requested extension;

10. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 10th day of November, 2020. | DATED this 10th day of November, 2020. |
| WRIGHT, FINLAY & ZAK, LLP | EARLY SULLIVAN WRIGHT GIZER & McRAE LLP |
| */s/ Lindsay D. Robbins*<br>Darren T. Brenner, Esq.<br>Nevada Bar No. 8386<br>Lindsay D. Robbins, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2007-1* | */s/ Sophia S. Lau*<br>Scott E. Gizer, Esq.<br>Nevada Bar No. 12216<br>Sophia S. Lau, Esq.,<br>Nevada Bar No. 13365<br>8716 Spanish Ridge Avenue, Suite 105<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendant, Old Republic National Title Insurance Company and Old Republic Title Insurance Group, Inc.* |

**IT IS SO ORDERED.**

Dated this __1st__ day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE