WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2007-1*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2007-1,<br><br>Plaintiff,<br><br>vs.<br><br>OLD REPUBLIC TITLE INSURANCE GROUP, INC.; OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY; FOUNDERS TITLE COMPANY OF NEVADA; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 3:20-cv-00535-MMD-CLB<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTIONS TO DISMISS [ECF Nos. 12 & 13]**<br><br>**[Second Request]** |

COMES NOW Plaintiff Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2007-1 ("Deutsche Bank"); Defendant Old Republic National Title Insurance Company ("ORNTIC") and Specially-Appearing Defendant Old Republic Title Insurance Group, Inc. ("ORTIG") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On September 10, 2020, Deutsche Bank filed its Complaint in Second Judicial District Court, Case No. CV20-01413 [ECF No. 1-1];

2. On September 22, 2020, ORNTIC filed a Petition for Removal to this Court [ECF No. 1];

3. On October 30, 2020, ORTIG filed a Motion to Dismiss [ECF No. 12];

4. On November 3, 2020, ORNTIC also filed a Motion to Dismiss [ECF No. 13];

5. On November 10, 2020, the Parties submitted a Stipulation and Order to extend Deutsche Bank's deadline to respond to the pending Motions to Dismiss until December 1, 2020 [ECF No 21];

6. The Stipulation remains pending with the Court;

7. Deutsche Bank's counsel is requesting an additional two-week extension until Tuesday, December 15, 2020, to file its responses to the pending Motions to Dismiss;

8. Given the recent Thanksgiving holiday, this extension is requested to allow counsel for Deutsche Bank additional time to finalize its responses to the pending Motions to Dismiss;

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

9.  Counsel for ORTIG and ORNTIC does not oppose the requested extension;

10. This is the second request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 1st day of December, 2020. | DATED this 1st day of December, 2020. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | EARLY SULLIVAN WRIGHT GIZER & McRAE LLP |
| */s/ Lindsay D. Robbins*<br>Darren T. Brenner, Esq.<br>Nevada Bar No. 8386<br>Lindsay D. Robbins, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2007-1* | */s/ Sophia S. Lau*<br>Scott E. Gizer, Esq.<br>Nevada Bar No. 12216<br>Sophia S. Lau, Esq.,<br>Nevada Bar No. 13365<br>8716 Spanish Ridge Avenue, Suite 105<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendant, Old Republic National Title Insurance Company and Old Republic Title Insurance Group, Inc.* |

**IT IS SO ORDERED.**

Dated this <u>1st</u> day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE