WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2007-1*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2007-1,<br><br>Plaintiff,<br><br>vs.<br><br>OLD REPUBLIC TITLE INSURANCE GROUP, INC.; OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY; FOUNDERS TITLE COMPANY OF NEVADA; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.:  3:20-cv-00535-MMD-CLB<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTIONS TO DISMISS [ECF No. 13]**<br><br>**[Third Request]** |

Plaintiff Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2007-1 ("Deutsche Bank") and Defendant Old Republic National Title Insurance Company ("ORNTIC") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On September 10, 2020, Deutsche Bank filed its Complaint in Second Judicial District Court, Case No. CV20-01413 [ECF No. 1-1];

2. On September 22, 2020, ORNTIC filed a Petition for Removal to this Court [ECF No. 1];

3. On November 3, 2020, ORNTIC filed a Motion to Dismiss [ECF No. 13]

4. Deutsche Bank's deadline to respond to ORNTIC's Motion to Dismiss is currently December 15, 2020;

5. Deutsche Bank's counsel is requesting an extension until Wednesday, December 23, 2020, to file its response to the pending Motion to Dismiss;

6. This extension is requested as Deutsche Bank recently realized that it inadvertently attached an incorrect exhibit to its Complaint. The Parties are currently discussing the best course to correct the exhibit, which may have an impact on the pending Motion to Dismiss.

7. Counsel for ORNTIC does not oppose the requested extension;

8. This is the third request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 15th day of December, 2020. | DATED this 15th day of December, 2020. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | EARLY SULLIVAN WRIGHT GIZER & McRAE LLP |
| /s/ Lindsay D. Robbins<br>Darren T. Brenner, Esq.<br>Nevada Bar No. 8386<br>Lindsay D. Robbins, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2007-1* | /s/ Sophia S. Lau<br>Scott E. Gizer, Esq.<br>Nevada Bar No. 12216<br>Sophia S. Lau, Esq.,<br>Nevada Bar No. 13365<br>8716 Spanish Ridge Avenue, Suite 105<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendant, Old Republic National Title Insurance Company and Old Republic Title Insurance Group, Inc.* |

**IT IS SO ORDERED.**

Dated this __16th__ day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE