1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2007-1,<br><br>Plaintiff,<br><br>vs.<br><br>OLD REPUBLIC TITLE INSURANCE GROUP, INC., et al.,<br><br>Defendants. | Case No.: 3:20-cv-00535-MMD-CLB<br><br>**ORDER RE:**<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY'S TIME TO RESPOND TO DEUTSCHE BANK'S OPPOSITION TO OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY'S MOTION TO DISMISS [ECF No. 38]**<br><br>**(First Request)** |



EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO OPPOSITION TO MOTION TO DISMISS**

590964.1

COMES NOW Defendant Old Republic National Title Insurance Company ("Old Republic") and Plaintiff Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2007-1 ("Deutsche Bank") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On November 3, 2020, Old Republic filed a Motion to Dismiss [ECF No. 12];

2. On December 23, 2020, Deutsche Bank filed its response in opposition to Old Republic's motion to dismiss [ECF No. 38];

3. Old Republic's deadline to file its reply memorandum responsive to Deutsche Bank's opposition to Old Republic's motion to dismiss is currently December 30, 2020;

4. Old Republic's counsel is requesting a brief extension of time to file the aforementioned reply memorandum, through and including January 13, 2021, due to the upcoming holidays and to afford Old Republic's counsel additional time to review, analyze, and respond to the legal arguments set forth in Deutsche Bank's brief;

5. Deutsche Bank does not oppose the requested extension;

6. This is the first request for an extension which is made in good faith and not for purposes of delay;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /



EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

1

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO OPPOSITION TO MOTION TO DISMISS

590964.1

1    **IT IS SO STIPULATED** that Old Republic's deadline to respond to Deutsche Bank's

2    opposition to Old Republic's motion to dismiss [ECF No. 38] is hereby extended through and

3    including January 13, 2021.

4

5    Dated:  December 23, 2020                    EARLY SULLIVAN WRIGHT
                                                  GIZER & McRAE LLP
6
                                                  By:  _/s/-- Sophia S. Lau_____
7                                                      SCOTT E. GIZER
                                                       SOPHIA S. LAU
8                                                      Attorneys for Defendant OLD REPUBLIC
                                                       NATIONAL TITLE INSURANC COMPANY
9

10

11   Dated:  December 23, 2020                    WRIGHT FINLAY & ZAK, LLP

                                                  By:  _/s/-Lindsay D. Robbins_____
12                                                     DARREN T. BRENNER
                                                       LINDSAY D. ROBBINS
13                                                     Attorneys for Plaintiff DEUTSCHE BANK
                                                       NATIONAL TRUST COMPANY
14

15   **IT IS SO ORDERED:**

16

17
     Dated: _____12/29/2020_____    By: _____
18                                               MIRANDA M. DU
19                                               CHIEF UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28


EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

2
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO OPPOSITION TO MOTION TO DISMISS**
590964.1