Scott E. Gizer, Esq., Nevada Bar No. 12216
 *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
 *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Attorneys for Defendant
OLD REPUBLIC NATIONAL TITLE INSURANCE
COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2007-1,<br><br>Plaintiff,<br><br>vs.<br><br>OLD REPUBLIC TITLE INSURANCE GROUP, INC., et al.,<br><br>Defendants. | Case No.: 3:20-cv-00535-MMD-CLB<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY'S TIME TO RESPOND TO DEUTSCHE BANK'S OPPOSTION TO OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY'S MOTION TO DISMISS [ECF No. 38]**<br><br>**(Second Request)** |



COMES NOW Defendant Old Republic National Title Insurance Company ("Old Republic") and Plaintiff Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2007-1 ("Deutsche Bank") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On November 3, 2020, Old Republic filed a Motion to Dismiss [ECF No. 12];
2. On December 23, 2020, Deutsche Bank filed its response in opposition to Old Republic's motion to dismiss [ECF No. 38];
3. On December 29, 2020, the Court granted Old Republic's request for a brief extension of time to file the aforementioned reply memorandum, through and including January 13, 2021 [ECF No. 41];
4. Old Republic's deadline to file its reply memorandum responsive to Deutsche Bank's opposition to Old Republic's motion to dismiss is currently January 13, 2021;
5. Old Republic's counsel is requesting a brief extension of time to file the aforementioned reply memorandum, through and including January 20, 2021, to afford Old Republic's counsel additional time to review, analyze, and respond to the legal arguments set forth in Deutsche Bank's brief;
6. Deutsche Bank does not oppose the requested extension;
7. This is the second request for an extension which is made in good faith and not for purposes of delay;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**IT IS SO STIPULATED** that Old Republic's deadline to respond to Deutsche Bank's opposition to Old Republic's motion to dismiss [ECF No. 38] is hereby extended through and including January 20, 2021.

Dated: January 11, 2021     EARLY SULLIVAN WRIGHT
                              GIZER & McRAE LLP

                            By: _/s/-- Sophia S. Lau_
                                SCOTT E. GIZER
                                SOPHIA S. LAU
                                Attorneys for Defendant OLD REPUBLIC
                                NATIONAL TITLE INSURANC COMPANY

Dated: January 11, 2021     WRIGHT FINLAY & ZAK, LLP

                            By: _/s/-Lindsay D. Robbins_
                                DARREN T. BRENNER
                                LINDSAY D. ROBBINS
                                Attorneys for Plaintiff DEUTSCHE BANK
                                NATIONAL TRUST COMPANY

**IT IS SO ORDERED:**

Dated: January 11, 2021     By: _[signature]_
                                MIRANDA M. DU
                                CHIEF UNITED STATES DISTRICT JUDGE



2
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO OPPOSITION TO MOTION TO DISMISS**

593689.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

*/s/ D'Metria Bolden*

D'METRIA BOLDEN
An Employee of EARLY SULLIVAN
WRIGHT GIZER & McRAE LLP